1

2

3                          UNITED STATES DISTRICT COURT

4                        NORTHERN DISTRICT OF CALIFORNIA

5

6     THEODOOR W. JANSON,                    Case No.  14-cv-05639-JSC

              Plaintiff,
7
         v.                                  ORDER REFERRING CASE TO ADR
8                                            UNIT FOR ASSESSMENT TELEPHONE
      DEUTSCHE BANK NATIONAL TRUST           CONFERENCE
9     COMPANY AS TRUSTEE FOR MORGAN
      STANLEY MORTGAGE LOAN TRUST
10    2005-11AR, et al.,

11            Defendants.

12

13          Pursuant to Civil Local Rule 16-8 and ADR Local Rule 2-3, the Court refers this

14    foreclosure-related action to the Alternative Dispute Resolution (ADR) Unit for a telephone

15    conference to assess this case's suitability for mediation or a settlement conference.  Plaintiff's

16    and Defendants' counsel shall participate in a telephone conference, to be scheduled by the ADR

17    Unit as soon as possible but no later than 30 days from the date of this Order.

18          Plaintiff's and Defendants' counsel shall be prepared to discuss the following subjects:

19              (1)     Identification and description of claims and alleged defects in loan

20                      documents.

21              (2)     Prospects for loan modification.

22              (3)     Prospects for settlement.

23    The parties need not submit written materials to the ADR Unit for the telephone conference.

24          In preparation for the telephone conference, Plaintiff shall do the following:

25              (1)     Review relevant loan documents and investigate the claims to determine
                        whether they have merit.
26
                (2)     If Plaintiff is seeking a loan modification to resolve all or some of the
27                      claims, Plaintiff shall prepare a current, accurate financial statement and
                        gather all of the information and documents customarily needed to support
28

United States District Court
Northern District of California

a loan modification request.  Further, Plaintiff shall immediately notify Defendants' counsel of the request for a loan modification.

(3)     Provide counsel for Defendants with information necessary to evaluate the prospects for loan modification, in the form of a financial statement, worksheet or application customarily used by financial institutions.

In preparation for the telephone conference, counsel for Defendants shall do the following:

(1)     If Defendants are unable or unwilling to do a loan modification after receiving notice of Plaintiff's request, counsel for Defendants shall promptly notify Plaintiff to that effect.

(2)     Arrange for a representative of each Defendant with full settlement authority to participate in the telephone conference.

The ADR Unit will notify the parties of the date and time the telephone conference will be held.  After the telephone conference, the ADR Unit will advise the Court of its recommendation for further ADR proceedings.

**IT IS SO ORDERED.**

Dated:  January 22, 2015

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

United States District Court
Northern District of California

2