IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Theodoor Janson,

    Plaintiff,                                 No. C14-5639 JSC

v.

Deutsche Bank National Trust Company, et al.,    **ORDER TO AUTHORIZED TRANSCRIBER TO PRODUCE TRANSCRIPT OF FTR RECORD**

    Defendant.

        On February 26, 2015, a hearing was held in the above-entitled action. Production of a transcript of the 9:20-9:35 FTR recorded matter for the court is necessary for the resolution of this matter.

        Accordingly, authorized transcriber Leo Mankeiwicz is directed to prepare the transcript of this proceeding on the following basis:

        ( ) Ordinary (within 30 days @ $3.65 per page).

        ( ) 14-Day (within 14 days @ $4.25 per page).

        (x) Expedited (within 7 days @ $4.85 per page).

        ( ) Daily (overnight @ $6.05 per page).

        ( ) Hourly (within 2 hrs @ $7.25 per page).

        Therefore, the Clerk is directed to pay said reporter the cost of preparing the transcript at the rate indicated above, and in accordance with the requirements of the Judicial Conference of the United States, as set forth in the Guide to Judiciary Policies and Procedures.

**IT IS SO ORDERED.**

Dated: February 27, 2015

                                                       Jacqueline Scott Corley
                                                       United States Magistrate Judge

cc: Court Reporter Supervisor and Authorized Transcriber

*United States District Court — For the Northern District of California*